Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
VA 1-931-778

**Effective date of registration:**
June 6, 2014

## Title

**Title of Work:** Plant These to Help Save Bees - Updated Version

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** May 1, 2014    **Nation of 1st Publication:** Netherlands

## Author

**Author:** Hannah Mae Rosengren

**Author Created:** 2-D artwork

**Citizen of:** United States

**Year Born:** 1990

## Copyright claimant

**Copyright Claimant:** Hannah Mae Rosengren

P.O. Box 2712, South Portland, ME, 04116, United States

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork

**Previous registration and year:** VAu 1-166-900   2013

**New material included in claim:** 2-D artwork

## Rights and Permissions

**Name:** Hannah Mae Rosengren

**Email:** hannahrosengren@gmail.com    **Telephone:** 207-756-0018

## Certification

**Name:** Hannah Mae Rosengren

**Date:** June 6, 2014

